# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| TAO LUO, A95 571 034, ) | |
| 13113 Wren Hollow Ln, Fairfax,VA 22033; ) | |
| PENG HE, A98 481 526, ) | |
| 13113 Wren Hollow Ln, Fairfax,VA 22033; ) | |
| and MENGMING LUO, A98 481 677, ) | |
| 13113 Wren Hollow Ln, Fairfax,VA 22033; ) | |
| Plaintiffs, ) | |
| v. ) | |
| ALBERTO GONZALES, Attorney General ) | Civil Action No. |
| of the United States, 950 Pennsylvania Ave. ) | |
| NW, Washington, DC 20530; ) | |
| MARY LOISELLE, Director of ) | |
| Washington Field Office, U.S. Citizenship ) | |
| And Immigration Services, 2675 Prosperity ) | |
| Ave., Fairfax, VA 22031; ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security, ) | |
| 425 I.Street, Washington, DC 20536; ) | |
| PAUL NOVAK, Director of ) | |
| the Vermont Service Center, ) | |
| U.S. Citizenship and Immigration Services, ) | |
| 75 Lower Welden Street, Saint Albans, ) | |
| VT 05479; ROBERT MUELLER, Director, ) | |
| Federal Bureau of Investigation ) | |
| of the United States; 935 Pennsylvania Ave. ) | |
| NW, Washington, DC 20535; and ) | |
| EMILIO T. GONZALEZ, Director, ) | |
| U.S. Citizenship and Immigration Services, ) | |
| 20 Massachusetts Ave. NW, Washington, ) | |
| DC 20529. ) | |
| Defendants. ) | |

# COMPLAINT FOR RELIEF IN THE
## NATURE OF MANDAMUS

1

**To the Honorable Judge of Said Court:**

Plaintiffs, Mr. Tao Luo, Mrs. Peng He and Ms. Mengming Luo, through undersigned counsel, allege as follows:

<u>INTRODUCTION</u>

1. This is a civil action brought pursuant to 28 U.S.C. § 1361, 8 U.S.C. § 1329, and 28 U.S.C. § 1331 to redress the deprivation of rights, privileges and immunities secured to Plaintiffs to compel Defendants to perform a duty Defendants owe to Plaintiffs. Jurisdiction is also conferred by 5 U.S.C. § 704.

2. This action is brought to compel Defendants and those acting under them to take action on their Forms I-485, Application to Adjust Status to Permanent Resident, in order for Plaintiffs to become Lawful Permanent Residents of the United States. Plaintiffs' Applications were filed with U.S. Citizenship and Immigration Services ("USCIS"), Vermont Service Center, on August 12, 2004. (<u>Exhibit A</u>, Form I-485 Receipt Notices).

3. Plaintiffs are eligible to have their Applications adjudicated.

4. Defendants, the Department of Homeland Security and the U.S. Citizenship & Immigration Services, are charged by law with the statutory obligation to adjudicate those Applications.

5. Defendant, the Federal Bureau of Investigation of the United States, is charged by law with the statutory obligation to process the Security Check for those Applications.

6. Venue is proper under 28 U.S.C. §1391(e) because Defendants, the Attorney General of the United States, the Department of Homeland Security, the U.S. Citizenship & Immigration Services, and the Federal Bureau of Investigation of the United States reside in the judicial district.

<u>FACTS</u>

7. Mr. Luo and his wife, Mrs. He and his 7-year-old daughter, Ms. Luo, are nationals and citizens of China.

8. On April 30, 2002, Mr. Luo filed with the Texas Service Center, USCIS a Form I-612, Application to Waive Foreign Residence Requirements. The Form I-612 was approved on July 18, 2002. (<u>Exhibit B</u>, Form I-612 Approval Notice).

9. On August 19, 2004, Mr. Luo filed with the Vermont Service Center, USCIS a Form I-140, Immigration Petition for Alien Worker, based on Individual with Advanced Degree or Exceptional Ability in the National Interest. The Form I-140 was approved on January 26, 2005. (<u>Exhibit C</u>, Form I-140 Approval Notice).

10. On August 12, 2004, Mr. Luo also filed a Form I-485, Application to Adjust Status to Permanent Resident with the Vermont Service Center, USCIS. His wife, Mrs. He and His Daughter, Ms. Luo, concurrently filed Forms I-485 with the Vermont Service Center, USCIS as derivative beneficiaries. Visa numbers were immediately available to Plaintiff at the time of filing. (Exhibit D, Visa Bulletin for August 2004 published by the U.S. Department of State).

11. In November 2006, after waiting approximately twenty-seven (27) months from the filing for their Form I-485, Plaintiffs called the USCIS Customer Service Number at (800) 375-5283 to inquire about their case status. At that time, Plaintiffs were informed that their cases were pending security clearance.

12. On January 11, 2007, after waiting approximately twenty-nine (29) months from the filing of their Forms I-485, Plaintiffs made an appointment with a local Immigration Officer through Infopass to inquire about their case status. At that time, Plaintiffs were informed by the Immigration Officer that their cases were still pending security clearance. (Exhibit E).

13. Plaintiffs' Form I-485 are currently pending at the Vermont Service Center.

14. The Vermont Service Center is currently processing employment-based Forms I-485 filed on or before March 5, 2006. (Exhibit F, Vermont Service Center processing time report posted on January 17, 2007).

15. Plaintiffs' Applications have now been pending in excess of thirty (30) months, which is approximately eighteen (18) months longer than those Forms I-485 now being processed by the Vermont Service Center.

CLAIMS

16. Defendants have willfully and unreasonably delayed in and have refused to adjudicate Plaintiffs' Forms I-485, Application to Adjust Status to Permanent Resident, thereby depriving Plaintiffs of the benefit of being Lawful Permanent Residents of the United States.

17. Defendants owe Plaintiffs a duty to adjudicate their Forms I-485, Application to Adjust Status to Permanent Resident, and have unreasonably failed to perform their duty.

18. Plaintiffs have exhausted any administrative remedies that may exist.

**WHEREFORE, Plaintiffs pray that the Court:**

19. Compel Defendants and those acting under them to perform their duty to adjudicate Plaintiffs' Forms I-485, Application to Adjust Status to Permanent Resident;

20. Grant such other and further relief as this Court deems proper under the circumstances; and

21. Grant Attorney's fees and costs of Court to Plaintiffs under the Equal Access to Justice Act.

Respectfully submitted this 23rd day of February, 2007.


**PILIEROMAZZA PLLC**


\_\_/S/_____

Philip M. Dearborn
Attorney at Law
(DC Bar Number: 414033)
888 17th St. NW, Suite 1100
Washington DC 20006
Phone: (202) 857-1000
Fax: (202) 857-0200
Email: pdearborn@pilieromazza.com
Attorneys for Plaintiffs
Tao Luo,
Peng He, and
Mengming Luo


OF COUNSEL:

KUCK CASABLANCA LLC
8010 Roswell Road, Suite 300
Atlanta, GA 30350
Phone: (404) 816-8611
Fax: (404) 816-8615
Email: ckuck@immigration.net
Attorneys for Plaintiffs
Tao Luo,
Peng He, and
Mengming Luo

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

TAO LUO, A95 571 034,                                   )
13113 Wren Hollow Ln, Fairfax,VA 22033; )
PENG HE, A98 481 526,                                   )
13113 Wren Hollow Ln, Fairfax,VA 22033; )
and MENGMING LUO, A98 481 677,          )
13113 Wren Hollow Ln, Fairfax,VA 22033; )
                Plaintiffs,          )
v.                                                             )
ALBERTO GONZALES, Attorney General )          Civil Action No.
of the United States, 950 Pennsylvania Ave. )
NW, Washington, DC 20530;                     )
MARY LOISELLE, Director of                    )
Washington Field Office, U.S. Citizenship    )
And Immigration Services, 2675 Prosperity    )
Ave., Fairfax, VA 22031;                      )
MICHAEL CHERTOFF, Secretary,                 )
Department of Homeland Security,             )
425 I.Street, Washington, DC 20536;          )
PAUL NOVAK, Director of                       )
the Vermont Service Center,                   )
U.S. Citizenship and Immigration Services,   )
75 Lower Welden Street, Saint Albans,        )
VT 05479; ROBERT MUELLER, Director, )
Federal Bureau of Investigation              )
of the United States; 935 Pennsylvania Ave. )
NW, Washington, DC 20535; and                )
EMILIO T. GONZALEZ, Director,                )
U.S. Citizenship and Immigration Services,   )
20 Massachusetts Ave. NW, Washington,        )
DC 20529.                                    )
                Defendants.          )

## LIST OF EXHIBITS

Exhibit A     Copy of the Form I-485 Receipt Notices

Exhibit B     Form I-612 Approval Notice

Exhibit C     Copy of the Form I-140 Approval Notice

Exhibit D     Visa Bulletin for August 2004

Exhibit E     Copy of Infopass Appointment Notice with Immigration
              Officer

Exhibit F     Copy of Vermont Service Center processing
              time report posted on January 17, 2007

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

TAO LUO, A95 571 034; PENG HE, A98 481 526; and
MENGMING LUO, A98 481 677

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER

Philip M. Dearborn, PILIEROMAZZA PLLC, 888 17th St. NW, Suite
1100, Washington DC 2006 Phone: (202) 857-1000

**DEFENDANTS**

ALBERTO GONZALES, Attorney General of the United States; MICHAEL
CHERTOFF, Secretary, Department of Homeland Security; and etc.
COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT District of Columbia

CASE NUMBER   1:07CV00395

JUDGE: Richard J. Leon

DECK TYPE: General Civil

DATE STAMP: 02/23/2007

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)

☑ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CIT**
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☑ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☑ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| □ **G.  *Habeas Corpus/ 2255*** | □ **H.  *Employment Discrimination*** | □ **I.  *FOIA/PRIVACY ACT*** | □ **J.  *Student Loan*** |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment<br>   (criteria: race, gender/sex,<br>   national origin,<br>   discrimination, disability<br>   age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions<br>   (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student<br>   Loans (excluding veterans) |
| □ **K.  *Labor/ERISA (non-employment)*** | □ **L.  *Other Civil Rights (non-employment)*** | □ **M.  *Contract*** | □ **N.  *Three-Judge Court*** |
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting &<br>   Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights<br>   Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-<br>   Employment<br>□ 446 Americans w/Disabilities-<br>   Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment &<br>   Enforcement of Judgment<br>□ 153 Recovery of Overpayment of<br>   Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting<br>   Rights Act) |

**V.  ORIGIN**

☑ 1 Original Proceeding    □ 2 Removed from State Court    □ 3 Remanded from Appellate Court    □ 4 Reinstated or Reopened    □ 5 Transferred from another district (specify)    □ Multi district Litigation    □ 7 Appeal to District Judge from Mag. Judge

**VI.  CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. § 1361, 8 U.S.C. § 1329, and 28 U.S.C. § 1331. A civil action to compel Defendants to perform a duty Defendants owe to Plaintiffs.

**VII.  REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS    □ ACTION UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint    **JURY DEMAND:** □ YES    ☑ NO

**VIII.  RELATED CASE(S) IF ANY**    (See instruction)    □ YES    ☑ NO    If yes, please complete related case form.

DATE  2.23.07    SIGNATURE OF ATTORNEY OF RECORD

JTC

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT |
|---|---|
| EAC-04-238-50211 | RESIDENT STATUS |

| RECEIVED DATE | PRIORITY DATE | APPLICANT   A95 571 034 |
|---|---|---|
| August 12, 2004 | | LUO, TAO |

| NOTICE DATE | PAGE |
|---|---|
| August 19, 2004 | 1 of 1 |

TAO LUO
13113 WREN HOLLOW LN
FAIRFAX VA 22033

**Notice Type:**  Receipt Notice

Amount received: $  385.00
Section: Adjustment as direct
            beneficiary of immigrant
            petition

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you.
- If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel. <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**





| RECEIPT NUMBER | | CASE TYPE | I485    APPLICATION TO ADJUST TO PERMANENT |
| EAC-04-238-50223 | | | RESIDENT STATUS |

| RECEIVED DATE | PRIORITY DATE | APPLICANT | A98 481 526 |
| August 12, 2004 | | | |
| | | HE, PENG | |

| NOTICE DATE | PAGE |
| August 19, 2004 | 1 of 1 |

PENG HE
13113 WREN HOLLOW LN
FAIRFAX VA 22033

**Notice Type:** Receipt Notice

Amount received: $ 385.00

Section: Derivative adjustment

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**

## THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER**<br>EAC-04-238-50239 | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| **RECEIVED DATE**<br>August 12, 2004 | **PRIORITY DATE** | **APPLICANT** A98 481 677<br>LUO, MENGMING |
| **NOTICE DATE**<br>August 19, 2004 | **PAGE**<br>1 of 1 | |

MENGMING LUO
C/O TAO LUO
13113 WREN HOLLOW LN
FAIRFAX VA 22033

**Notice Type:** Receipt Notice

**Amount received: $ 215.00**

**Section:** Derivative adjustment

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 11/28/03) N

Exhibit B

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER LIN-02-173-51483 | CASE TYPE I612   APPLICATION TO WAIVE FOREIGN RESIDENCE REQUIREMENTS |
|---|---|
| **RECEIPT DATE** April 30, 2002 | **PRIORITY DATE** | **APPLICANT** A95 571 034 |
| **NOTICE DATE** July 18, 2002 | **PAGE** 1 of 1 | LUO, TAO |

TAO LUO
C/O UNIVERSITY OF MICHIGAN
525 E UNIVERSITY AVE MATH DEPT
ANN ARBOR MI 48109-1109

**Notice Type:  Approval Notice**

The United States Information Agency, based upon a "No Objection" statement from the government of your nationality, has recommended that you and any members of your immediate family be granted a waiver of the two-year foreign residence requirement of Section 212(e) of the Immigration and Nationality Act, as amended. This recommendation only refers to the two-year foreign residence obligation which was incurred by virtue of your current or prior nonimmigrant status as a J-1 Exchange Alien.

Accordingly, upon consideration of the evidence of record, and on the basis of the favorable recommendation of the United States Information Agency, you, and any members of your immediate family who have become subject to the two-year foreign residence requirement solely based on their relationship to you, are hereby granted a waiver of the two year foreign residence requirement of Section 212(e) of the Act.

Please note that if any member of your immediate family has incurred an obligation to fulfill the two-year foreign residence requirement of Section 212(e) of the Act based on his or her own current or prior nonimmigrant status as a J-1 Exchange Alien, that family member will need to request a separate waiver in his or her own behalf to remove that obligation.

This completes our action on this application. The back of this form contains additional general information. If you have any further questions, please call your local Immigration office.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 402-323-7830**



Form I 797 (Rev. 09/07/93)N

Exhibit C

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-04-238-50175 | CASE TYPE I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|
| RECEIPT DATE<br>August 19, 2004 | PRIORITY DATE<br>October 15, 2003 | PETITIONER<br>GEORGETOWN UNIVERSITY |
| NOTICE DATE<br>January 26, 2005 | PAGE<br>1 of 1 | BENEFICIARY A95 571 034<br>LUO, TAO |

received
2-3-05

GEORGETOWN UNIVERSITY
C/O SANDRA LAYTON
OIP BOX 571013
WASHINGTON DC 20057-1013

**Notice Type:** Approval Notice
Section: Mem of Profession w/Adv Deg,or
         of Exceptn'l Ability
         Sec.203(b)(2)

The above petition has been approved. The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



Exhibit D



**United States Department of State**
**Bureau of Consular Affairs**

# VISA BULLETIN

| Number 72    Volume VIII | Washington, D.C. |
|---|---|

### IMMIGRANT NUMBERS FOR AUGUST 2004

## A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during August Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigration Services in the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the extent possible under the numerical limitations, for the demand received by July 13th in the chronological order of the reported priority dates. If the demand could not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was excessive was deemed oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits. Only applicants who have a priority date earlier than the cut-off date may be allotted a number. Immediately that it becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for numbers will be honored only if the priority date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000. The worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 25,620. The dependent area limit is set at 2%, or 7,320

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

### FAMILY-SPONSORED PREFERENCES

**First:** Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

**Second:** Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the per-country limit;

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

**Third:** Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second preferences.

**Fourth:** Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

-2-                                                      August 2004

<u>EMPLOYMENT-BASED PREFERENCES</u>

<u>First</u>:    Priority Workers:  28.6% of the worldwide employment-based
preference level, plus any numbers not required for fourth and fifth
preferences.

<u>Second</u>:  Members of the Professions Holding Advanced Degrees or Persons of
Exceptional Ability:  28.6% of the worldwide employment-based preference
level, plus any numbers not required by first preference.

<u>Third</u>:  Skilled Workers, Professionals, and Other Workers:  28.6% of the
worldwide level, plus any numbers not required by first and second
preferences, not more than 10,000 of which to "Other Workers".

<u>Fourth</u>:  Certain Special Immigrants:  7.1% of the worldwide level.

<u>Fifth</u>:  Employment Creation:  7.1% of the worldwide level, not less than 3,000 of
which reserved for investors in a targeted rural or high-unemployment area, and
3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4.  INA Section 203(e) provides that family-sponsored and employment-based
preference visas be issued to eligible immigrants in the order in which a
petition in behalf of each has been filed.  Section 203(d) provides that
spouses and children of preference immigrants are entitled to the same
status, and the same order of consideration, if accompanying or following
to join the principal.  The visa prorating provisions of Section 202(e)
apply to allocations for a foreign state or dependent area when visa demand
exceeds the per-country limit.  These provisions apply at present to the
following oversubscribed chargeability areas:  INDIA, MEXICO, and PHILIPPINES.

5.  On the chart below, the listing of a date for any class indicates that the
class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are
available for all qualified applicants; and "U" means unavailable, i.e., no
numbers are available.  (NOTE:  Numbers are available only for applicants whose
priority date is <u>earlier</u> than the cut-off date listed below.)

| Family | All Charge-ability Areas Except Those Listed | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|
| 1st | 22OCT00 | 22OCT00 | 01JAN92 | 15JUL90 |
| 2A* | 15APR00 | 15APR00 | 15SEP97 | 15APR00 |
| 2B | 01JUL95 | 01JUL95 | 01DEC91 | 01JUL95 |
| 3rd | 15OCT97 | 15OCT97 | 01MAY92 | 01SEP88 |
| 4th | 15AUG92 | 01AUG91 | 15AUG92 | 22MAR82 |

*NOTE:  For August, 2A numbers <u>EXEMPT from per-country limit</u> are available to
applicants from all countries with priority dates <u>earlier</u> than 15SEP97.  2A
numbers <u>SUBJECT to per-country limit</u> are available to applicants chargeable to
all countries <u>EXCEPT MEXICO</u> with priority dates beginning 15SEP97 and earlier
than 15APR00.  (All 2A numbers provided for MEXICO are exempt from the per-
country limit; there are no 2A numbers for MEXICO subject to per-country limit.)

-3-                                          August 2004

|  | All Charge-ability Areas Except Those Listed | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|
| **Employment-Based** | | | | |
| 1st | C | C | C | C |
| 2nd | C | C | C | C |
| 3rd | C | C | C | C |
| Other Workers | C | C | C | C |
| 4th | C | C | C | C |
| Certain Religious Workers | C | C | C | C |
| 5th | C | C | C | C |
| Targeted Employ-ment Areas/ Regional Centers | C | C | C | C |

The Department of State has available a recorded message with visa availability information which can be heard at: (area code 202) 663-1541. This recording will be updated in the middle of each month with information on cut-off dates for the following month.

B.  DIVERSITY IMMIGRANT (DV) CATEGORY

Section 203(c) of the Immigration and Nationality Act provides a maximum of up to 55,000 immigrant visas each fiscal year to permit immigration opportunities for persons from countries other than the principal sources of current immigration to the United States. The Nicaraguan and Central American Relief Act (NACARA) passed by Congress in November 1997 stipulates that beginning with DV-99, and for as long as necessary, up to 5,000 of the 55,000 annually-allocated diversity visas will be made available for use under the NACARA program. **This reduction has resulted in the DV-2004 annual limit being reduced to 50,000.** DV visas are divided among six geographic regions. No one country can receive more than seven percent of the available diversity visas in any one year.

-4-                                                August 2004

For August, immigrant numbers in the DV category are available to qualified
DV-2004 applicants chargeable to all regions/eligible countries as follows. When
an allocation cut-off number is shown, visas are available only for applicants
with DV regional lottery rank numbers BELOW the specified allocation cut-off
number:

| Region | All DV Chargeability Areas Except Those Listed Separately | | |
|---|---|---|---|
| AFRICA | AF | 34,300 | Except: Ethiopia 30,500 |
|  |  |  | Ghana 22,000 |
|  |  |  | Nigeria 17,900 |
| ASIA | AS | 13,600 | |
| EUROPE | EU | 25,900 | |
| NORTH AMERICA (BAHAMAS) | NA | 15 | |
| OCEANIA | OC | CURRENT | |
| SOUTH AMERICA, and the CARIBBEAN | SA | 2,175 | |

Entitlement to immigrant status in the DV category lasts only through the end
of the fiscal (visa) year for which the applicant is selected in the lottery.
The year of entitlement for all applicants registered for the DV-2004 program
ends as of September 30, 2004.  DV visas may not be issued to DV-2004 applicants
after that date.  Similarly, spouses and children accompanying or following
to join DV-2004 principals are only entitled to derivative DV status until
September 30, 2004.  DV visa availability through the very end of FY-2004
cannot be taken for granted.  Numbers could be exhausted prior to September 30.
**Once all numbers provided by law for the DV-2004 program have been used, no
further issuances will be possible.**

C.  ADVANCE NOTIFICATION OF THE DIVERSITY (DV) IMMIGRANT CATEGORY RANK
    CUT-OFFS WHICH WILL APPLY IN SEPTEMBER

For September, immigrant numbers in the DV category are available to qualified
DV-2004 applicants chargeable to all regions/eligible countries as follows. When
an allocation cut-off number is shown, visas are available only for applicants
with DV regional lottery rank numbers BELOW the specified allocation cut-off
number:

| Region | All DV Chargeability Areas Except Those Listed Separately | | |
|---|---|---|---|
| AFRICA | AF | 35,450 | Except:  Ethiopia 31,600<br>Ghana 27,600<br>Nigeria  18,600 |
| ASIA | AS | 16,300 | |
| EUROPE | EU | 28,700 | |
| NORTH AMERICA<br>(BAHAMAS) | NA | 15 | |
| OCEANIA | CURRENT | | |
| SOUTH AMERICA,<br>and the CARIBBEAN | CURRENT | | |

Exhibit E


**INFOPASS**
Your e-Ticket to Immigration
Information.

**Name:** **Tao Luo**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** WAS-06-38041

**Authentication Code:** 5863

**Appointment Date:** **January 11, 2007**

**Appointment Time:** **10:45 AM**

**Location:** 2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102

**This is your Confirmation Number:**

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**

*02302*

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031**

Exhibit F



Services & Benefits      Immigration Forms      Laws & Regulations      About USCIS      Education & Resources      Press Room

Print This Page  |  Back  |

## U.S. Citizenship and Immigration Services
## Vermont Service Center Service Center Processing Dates
## Posted January 17, 2007

**Notice**:  U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments.  Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time.  For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

### What if I have a problem or have questions about a case?

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections.  They are the time to complete processing and mail the actual notice

and/or document.  If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us.  That is because it may take that long before it is returned to us as undeliverable.  You can also print the case status online answer for your records.

Service Center Processing Dates for **Vermont Service Center** Posted January 17, 2007

| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | June 16, 2006 |
|---|---|---|---|
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | July 27, 2005 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | March 13, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | January 01, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | December 17, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | December 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | November 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | November 09, 2006 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | July 17, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | March 12, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | February 26, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | March 12, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | October 07, 2000 |
| I-130 | Petition for Alien Relative | Permanent resident filing for a spouse or child under 21 | October 22, 2005 |

| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | March 12, 2006 |
|---|---|---|---|
| I-131 | Application for Travel Document | All other applicants for advance parole | October 16, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | April 01, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | October 12, 2005 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | Violence Against Women Act (VAWA) | April 28, 2006 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | April 22, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | March 05, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | October 10, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | October 10, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | October 10, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | October 10, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | October 10, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | October 10, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | October 10, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | October 10, 2006 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | April 30, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | July 17, 2006 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | October 30, 2006 |

| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | December 18, 2006 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | October 30, 2006 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | October 30, 2006 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | October 30, 2006 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | October 30, 2006 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | December 29, 2005 |
| I-821 | Application for Temporary Protected Status | El Salvador initial or late filing | July 01, 2006 |
| I-821 | Application for Temporary Protected Status | El Salvador extension | July 01, 2006 |
| I-821 | Application for Temporary Protected Status | Honduras and Nicaragua initial or late filing | July 01, 2006 |
| I-821 | Application for Temporary Protected Status | Honduras and Nicaragua extension | July 01, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | July 17, 2006 |
| N-600 | Application for Certification of Citizenship | Application for recognition of U.S. citizenship | July 16, 2006 |
| N-643 | Application for Certification of Citizenship on Behalf of an Adopted Child | Application for recognition of U.S. citizenship on behalf of an adopted child | July 17, 2006 |

Print This Page        Back