UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAO LUO *et. al.*, )<br>)<br>**Plaintiffs,** )<br>v. )<br>)<br>ALBERTO GONZALES, *et al.*, )<br>)<br>**Defendants.** )<br>) | Civil Action No. 07-0395 (RJL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

 /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Notice of Appearance was sent by the Court's Electronic Case Filing System, this 27th day of March, 2007 to:

Philip M. Dearborn, III, Esq.
PILIERO, MAZZA & PARGAMENT, PLLC
888 17TH St. N.W., Suite 1100
Washington D.C. 20006
pdearborn@pilieromazza.com

                                                /s Sherease Louis
                                          SHEREASE LOUIS
                                          Special Assistant United States Attorney
                                          United States Attorney's Office
                                          Civil Division
                                          555 4th Street, N.W.,
                                          Washington, D.C. 20530
                                          (202) 307-0895