UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAO LUO**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v.     ) | Civil Action No. 07-0395 (RJL) |
| ) | |
| **ALBERTO GONZALES**, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE
OR OTHERWISE RESPOND TO THE COMPLAIN**

Federal Defendants, U.S. Citizenship and Immigration Services ("USCIS"), Department of Homeland Security("DHS"), and Federal Bureau of Investigation ("FBI"), hereby move, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time of one (1) day, to May 15, 2007, to answer, move or otherwise respond to plaintiff's Complaint. Defendant's counsel was unable to reach opposing counsel to obtain his position on this motion. The grounds for this request are as follows:

1. A response to the Complaint is currently due on May 14, 2007.

2. A dispositive motion has been substantially completed. However, because consultations with agency counsel were unable to be completed on May 14, 2007, counsel will need one (1) additional business day to circulate the brief for final comment and approval. The additional time requested will provide undersigned counsel with the opportunity to confer with agency counsel and finalize a response for filing on Tuesday May 14, 2007.

3. This extension is sought in good faith.

Accordingly, Defendants respectfully request that the Motion be granted. A proposed order is attached.

>Respectfully submitted,
>
>\_\_Jeffery A. Taylor_____
>JEFFREY A. TAYLOR, D.C. Bar # 498610
>United States Attorney
>
>\_\_Rudolph Contreras_____
>RUDOLPH CONTRERAS, D.C. Bar # 434122
>Assistant United States Attorney
>
>/s/Sherease Louis_____
>SHEREASE LOUIS
>Special Assistant United States Attorney
>555 Fourth Street, N.W., Civil Division
>Washington, D.C. 20530
>(202) 307-0895
>Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAO LUO**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-0395 (RJL) |
| ) | |
| **ALBERTO GONZALES**, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Motion and Proposed Order was sent by the Court's Electronic Case Filing System, this 14th day of May, 2007, to:

Philip M. Dearborn, Esq.
Piliero, Mazza & Pargament, PLLC
888 17th St. N.W., Suite 1100
Washington, D.C. 20006

/s/
SHEREASE LOUIS
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAO LUO**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-0395 (RJL) |
| ) | |
| **ALBERTO GONZALES**, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER

UPON CONSIDERATION of the ***Defendant's Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint,*** and for good cause shown, it is by the Court,

ORDERED that the Defendant's motion should be and is hereby granted, and thus, defendant shall have up to and including May 15, 2007, to respond to Plaintiff's Complaint.

SO ORDERED.

_____      _____
DATE                                    RICHARD JAY LEON
                                        UNITED STATES DISTRICT COURT JUDGE