# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| TAO LUO, A95 571 034,                                 ) | |
| 13113 Wren Hollow Ln, Fairfax,VA 22033; ) | |
| PENG HE, A98 481 526,                                 ) | |
| 13113 Wren Hollow Ln, Fairfax,VA 22033; ) | |
| and MENGMING LUO, A98 481 677,         ) | |
| 13113 Wren Hollow Ln, Fairfax,VA 22033; ) | |
|           Plaintiffs,                          ) | |
| v.                                                                ) | |
| ALBERTO GONZALES, Attorney General ) | Civil Action No. 07-0395 |
| of the United States, 950 Pennsylvania Ave. ) | |
| NW, Washington, DC 20530;                      ) | Judge: Richard J. Leon |
| MARY LOISELLE, Director of                     ) | |
| Washington Field Office, U.S. Citizenship  ) | |
| And Immigration Services, 2675 Prosperity ) | |
| Ave., Fairfax, VA 22031;                             ) | |
| MICHAEL CHERTOFF, Secretary,             ) | |
| Department of Homeland Security,             ) | |
| 425 I.Street, Washington, DC 20536;         ) | |
| PAUL NOVAK, Director of                         ) | |
| the Vermont Service Center,                       ) | |
| U.S. Citizenship and Immigration Services, ) | |
| 75 Lower Welden Street, Saint Albans,      ) | |
| VT 05479; ROBERT MUELLER, Director, ) | |
| Federal Bureau of Investigation                  ) | |
| of the United States; 935 Pennsylvania Ave. ) | |
| NW, Washington, DC 20535; and              ) | |
| EMILIO T. GONZALEZ, Director,           ) | |
| U.S. Citizenship and Immigration Services, ) | |
| 20 Massachusetts Ave. NW, Washington,   ) | |
| DC 20529.                                                  ) | |
|           Defendants.                        ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

1

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Philip M. Dearborn, trial attorney for Plaintiffs in the above-captioned action, hereby moves the court to admit Charles H. Kuck *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiffs. This motion is accompanied by an affidavit from Charles H. Kuck to attest his eligibility as Exhibit A.

Respectfully submitted this 22nd day of May, 2007.

/s/ Philip M. Dearborn

Philip M. Dearborn
Attorney at Law
(DC Bar Number: 414033)
PILIEROMAZZA PLLC
888 17th Street, NW, Suite 1100
Washington, D.C. 20006
Phone: (202) 857-1000
Fax: (202) 857-0200
Email: pdearborn@pilieromazza.com
Attorney for Plaintiffs
Tao Luo,
Peng He, and
Mengming Luo

OF COUNSEL:
Charles H. Kuck
KUCK CASABLANCA LLC
8010 Roswell Road, Suite 300
Atlanta, GA 30350
Phone: (404) 816-8611
Fax: (404) 816-8615
Email: ckuck@immigration.net

# **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing Plaintiffs' MOTION FOR ADMISSION *PRO HAC VICE* with the accompanying Affidavit of Mr. Charles H. Kuck with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

>Sherease Louis
>Special Assistant United States Attorney
>United States Attorney's Office
>555 4th Street, N.W.
>Washington, D.C. 20530

>/s/ Philip M. Dearborn

>Philip M. Dearborn
>Attorney at Law
>(DC Bar Number: 414033)
>PILIEROMAZZA PLLC
>888 17th Street, NW, Suite 1100
>Washington, D.C. 20006
>Phone: (202) 857-1000
>Fax: (202) 857-0200
>Email: pdearborn@pilieromazza.com
>Attorney for Plaintiffs
>Tao Luo,
>Peng He, and
>Mengming Luo

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

TAO LUO, A95 571 034,                                )
13113 Wren Hollow Ln, Fairfax, VA 22033;             )
PENG HE, A98 481 526,                                )
13113 Wren Hollow Ln, Fairfax, VA 22033;             )
and MENGMING LUO, A98 481 677,                       )
13113 Wren Hollow Ln, Fairfax, VA 22033;             )
        Plaintiffs,                            )
v.                                                   )
ALBERTO GONZALES, Attorney General                   )   Civil Action No. 07-0395
of the United States, 950 Pennsylvania Ave.          )
NW, Washington, DC 20530;                            )   Judge: Richard J. Leon
MARY LOISELLE, Director of                           )
Washington Field Office, U.S. Citizenship            )
And Immigration Services, 2675 Prosperity            )
Ave., Fairfax, VA 22031;                             )
MICHAEL CHERTOFF, Secretary,                         )
Department of Homeland Security,                     )
425 I.Street, Washington, DC 20536;                  )
PAUL NOVAK, Director of                              )
the Vermont Service Center,                          )
U.S. Citizenship and Immigration Services,           )
75 Lower Welden Street, Saint Albans,                )
VT 05479; ROBERT MUELLER, Director,                  )
Federal Bureau of Investigation                      )
of the United States; 935 Pennsylvania Ave.          )
NW, Washington, DC 20535; and                        )
EMILIO T. GONZALEZ, Director,                        )
U.S. Citizenship and Immigration Services,           )
20 Massachusetts Ave. NW, Washington,                )
DC 20529.                                            )
        Defendants.                            )

**AFFIDAVIT OF CHARLES H. KUCK**

**I, Charles H. Kuck**, being duly sworn, depose and declare as follows:

1. I am a Senior Partner of the law firm of Kuck Casablanca LLC, which is currently located at 8010 Roswell Road, Suite 300, Atlanta, Georgia 30350. My office phone number is (404) 816-8611 and my office fax is (404) 816-8615.

2. I have been admitted to practice before the following courts, on the following dates:
    a. Arizona Supreme Court, on October 12, 1989
    b. Georgia Superior Court, on November 15, 1994
    c. D.C. Court of Appeals, on April 13, 1992
    d. The United States Court of Appeals for the Sixth Circuit, on April 6, 2000
    e. The United States Court of Appeals for the Ninth Circuit, on October 8, 1991
    f. The United States Court of Appeals for the Eleventh Circuit, on September 21, 1993
    g. The United States District Court for the Northern District of Georgia, on February 17, 1998

3. I am a member in good standing and eligible to practice in all the above-mentioned courts.

4. I have never been disbarred in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I am a member of District of Columbia bar. However, I do not engage in the practice of law from an office located in the District of Columbia.

7. Currently there are non pending disciplinary matters involving my status as an attorney in any jurisdiction of which I am aware.

I declare under penalty of perjury that the forgoing is true and correct. Executed on May 22nd, 2007.

Charles H. Kuck

KUCK CASABLANCA LLC
8010 Roswell Road, Suite 300
Atlanta, GA 30350
Phone: (404) 816-8611
Fax: (404) 816-8615
Email: ckuck@immigration.net

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAO LUO, A95 571 034, | ) |
| 13113 Wren Hollow Ln, Fairfax,VA 22033; | ) |
| PENG HE, A98 481 526, | ) |
| 13113 Wren Hollow Ln, Fairfax,VA 22033; | ) |
| and MENGMING LUO, A98 481 677, | ) |
| 13113 Wren Hollow Ln, Fairfax,VA 22033; | ) |
| Plaintiffs, | ) |
| v. | ) |
| ALBERTO GONZALES, Attorney General | ) Civil Case No. 07cv395(RJL) |
| of the United States, 950 Pennsylvania Ave. | ) |
| NW, Washington, DC 20530; | ) |
| MARY LOISELLE, Director of | ) |
| Washington Field Office, U.S. Citizenship | ) |
| And Immigration Services, 2675 Prosperity | ) |
| Ave., Fairfax, VA 22031; | ) |
| MICHAEL CHERTOFF, Secretary, | ) |
| Department of Homeland Security, | ) |
| 425 I.Street, Washington, DC 20536; | ) |
| PAUL NOVAK, Director of | ) |
| the Vermont Service Center, | ) |
| U.S. Citizenship and Immigration Services, | ) |
| 75 Lower Welden Street, Saint Albans, | ) |
| VT 05479; ROBERT MUELLER, Director, | ) |
| Federal Bureau of Investigation | ) |
| of the United States; 935 Pennsylvania Ave. | ) |
| NW, Washington, DC 20535; and | ) |
| EMILIO T. GONZALEZ, Director, | ) |
| U.S. Citizenship and Immigration Services, | ) |
| 20 Massachusetts Ave. NW, Washington, | ) |
| DC 20529. | ) |
| Defendants. | ) |

**ORDER**

1

Upon the motion of Philip M. Dearborn, attorney for Plaintiffs, and Charles H. Kuck's affidavit in support:

**IT IS HEREBY ORDERED** that

>Charles H. Kuck
>KUCK CASABLANCA LLC
>8010 Roswell Road, Suite 300
>Atlanta, GA 30350
>Phone: (404) 816-8611
>Fax: (404) 816-8615
>Email: Ckuck@immigration.net

is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above captioned case in the United States District for District of Columbia. If the action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for the electronic filing.

Dated: _____                     _____
                                            Richard J. Leon
                                            United Stated District Judge