UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TAO LUO**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No: 07-0395 |
| | ) | |
| **ALBERTO GONZALES**, *et al.*, | ) | Judge: Richard J. Leon |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**PLAITIFFS' MOTION FOR LEAVE TO FILE SURREPLY
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs respectfully moves for leave to file a surreply memorandum in response to Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Dismiss filed on June 4, 2007. In the reply, Defendants offers new citation arguments, to which Plaintiffs have had no opportunity to respond. Because Defendants waited until the filing of their reply memorandum to proffer these new citation and other arguments on June 4, 2007, Plaintiffs respectfully requests that they be given leave to file a brief surreply to fully address new issues raised by Defendants, and to otherwise correct and assist the Court to resolve the motion on a fully informed basis.

For the forgoing reasons, Plaintiffs respectfully requests leave to file a surreply memorandum in response to Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Dismiss.

1

Respectfully submitted on this 11th Day of June, 2007.

/s/ Charles H. Kuck

Charles H. Kuck, Esq.
DC Bar #: 43284

KUCK CASABLANCA LLC
8010 Roswell Road, Suite 300
Atlanta, GA 30350
Phone: (404) 816-8611
Fax: (404) 816-8615
Email: ckuck@immigration.net

OF COUNSEL:

/s/ Philip M. Dearborn

Philip M. Dearborn, Esq.
DC Bar #: 414033

PILIEROMAZZA PLLC
888 17th St., N.W., Suite 1100
Washington, D.C. 2006
Phone: (202) 857-1000
Fax: (202) 857-0200
Email: pdearborn@pilieromazza.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing Plaintiffs' Motion for Leave to File Surreply in Opposition to Defendants' Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

>Sherease Louis
>Special Assistant United States Attorney
>United States Attorney's Office
>555 4th Street, N.W.
>Washington, D.C. 20530

>/s/ Charles H. Kuck

>Charles H. Kuck, Esq.
>DC Bar #: 43284

>KUCK CASABLANCA LLC
>8010 Roswell Road, Suite 300
>Atlanta, GA 30350
>Phone: (404) 816-8611
>Fax: (404) 816-8615
>Email: ckuck@immigration.net

OF COUNSEL:

/s/ Philip M. Dearborn

Philip M. Dearborn, Esq.
DC Bar #: 414033

PILIEROMAZZA PLLC
888 17th St., N.W., Suite 1100
Washington, D.C. 2006
Phone: (202) 857-1000
Fax: (202) 857-0200
Email: pdearborn@pilieromazza.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAO LUO,** *et al.,*         ) | |
| Plaintiffs,    ) | |
| v.              ) | Civil Action No: 07-0395 |
| **ALBERTO GONZALES,** *et al.,*    ) | Judge: Richard J. Leon |
| Defendants.   ) | |
| _____) | |

**ORDER**

    This matter comes before the Court on Plaintiffs' Motion for Leave to File a Surreply in Opposition to Defendants' Motion to Dismiss. Upon consideration of the Plaintiffs' Motion, Defendants' Opposition, any Reply thereto, the applicable law and the entire record of this case, it is hereby

    ORDERED that Plaintiffs are granted leave to file their Surreply in Opposition to Defendants' Motion to Dismiss.

    SO ORDERED.

_____      _____
Date                                                    Richard J. Leon
                                                              United States District Judge