UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAO LUO**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-0395(RJL) |
| ) | |
| **ALBERTO GONZALES**, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS' OPPOSITION TO
### PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY

Defendants file this Opposition to Plaintiffs' Motion for Leave to File a Surreply in Opposition to Defendants' Motion to Dismiss ("Motion"). Plaintiffs vaguely assert that Defendants' Reply ("Reply") in support of their Motion raises "new citation arguments" and that they should have a chance to respond to the new citations, arguments and issues cited by Defendants. Motion ¶ 1. Plaintiffs do not identify any new facts or issues raised by Defendants' Reply. Because the Plaintiffs have failed to provide sufficient justification for filing a surreply, their motion should be denied.

It has long been the holding in this Circuit that "a surreply may be filed only by leave of Court, and only to address new matters raised in a reply, to which a party would otherwise be unable to respond." *United States ex rel. Pogue v. Diabetes Treatment Ctrs. Of Am.*, 238 F. Supp. 2d 270, 276-77 (D.D.C. 2002), *quoted* in *United States of America v. Baroid Corporation*, 346 F. Supp. 2d 138, 143 (D.D.C. 2004). The standard for granting a motion for leave to file a surreply is whether the party making the motion "would be unable to contest matters presented to the court for the first time in the opposing party's reply." *Robinson v. The Detroit News, Inc.*, 211 F. Supp. 2d.101, 112 (D.D.C. 2002); *Lewis v. Rumsfeld*, 154 F.Supp.2d 56, 61 (D.D.C.2001); *cf.*

*Alexander v. Federal Bureau of Investigation*, 186 F.R.D. 71, 74 (D.D.C.1998). The matter raised must be truly new. *Lewis v. Rumsfeld*, at 61. Moreover, a surreply is most appropriate where the new matter introduced is factual. *United States ex rel. Pogue v. Diabetes Treatment Ctrs. of Am., Inc.*, 238 F. Supp. 2d at 277 (expressing doubt that the existence of statutory or case law can ever be "new matter" so as to permit the filing of a sur-reply).

Here, Defendants' Reply merely responded to arguments Plaintiffs made in their Opposition, which "closed the loop" on the filings associated with Defendants' Motion to Dismiss. *See generally* L. Civ. R. 7 (detailing the procedures for filing motions, memoranda in opposition, and replies). Defendants' Reply raises no new facts, and Defendants did not open the door to a surreply simply by citing new cases in its Reply. Furthermore, the interests of judicial efficiency and economy would not be served by granting Plaintiffs' request.

Accordingly, Plaintiffs' Motion for Leave to File Surreply should be denied.

                                Respectfully submitted,

                                  Jeffrey A. Taylor
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                                Rudolph Contreras
                              RUDOLPH CONTRERAS, D.C. BAR #  434122
                              Assistant United States Attorney

                                s/Sherease Louis
                              SHEREASE LOUIS
                              Special Assistant United States Attorney
                              United States Attorney's Office
                              555 4th Street, N.W.
                              Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAO LUO**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-0395(RJL) |
| | ) |
| **ALBERTO GONZALES**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing Opposition to Plaintiffs' Motion for Leave to File Surreply was sent by the Court's Electronic Case Filing System, this 12th day of June, 2007 to:

Philip M. Dearborn, Esq.
Pilieromazza PLLC
888 17th St. N.W., Suite 1100
Washington, D.C. 20006

Kuck Casablanca LLC
8010 Roswell Road, Suite 300
Atlanta, A 30350

                                                       /s Sherease Louis
                                                     SHEREASE LOUIS
                                                     Special Assistant United States Attorney
                                                     United States Attorney's Office
                                                     Civil Division
                                                     555 4th Street, N.W.,
                                                     Washington, D.C. 20530
                                                     (202) 307-0895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAO LUO**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-0395(RJL) |
| ) | |
| **ALBERTO GONZALES**, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

UPON CONSIDERATION of the Plaintiffs' Motion to File Surreply, the Defendants' Opposition thereto, and the prior pleadings submitted to this Court; and the Court having found that Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss did not raise new matters, it is this _____ day of June, 2007, hereby

ORDERED, that the Plaintiff's Motion to File Sur-Reply is **DENIED**.

_____
RICHARD JAY LEON
UNITED STATES DISTRICT JUDGE