UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| TAO LUO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 07-0395 (RJL) |
| ) | |
| PETER D. KEISLER*, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

For the reasons set forth in the Memorandum Opinion above, it is this 9th day of November, 2007, hereby

**ORDERED** that the defendants' Motion to Dismiss [#5] is **GRANTED**, and it is further

**ORDERED** that the case is dismissed against all defendants.

SO ORDERED.

RICHARD J. LEON
United States District Judge

---

* Pursuant to Federal Rule of Civil Procedure 25(d)(1), Acting Attorney General Peter D. Keisler is automatically substituted for former Attorney General Alberto R. Gonzales as a defendant in this case.