# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAO LUO,** *et al.,* )<br> )<br>Plaintiffs, )<br>v. )<br> )<br>**ALBERTO GONZALES,** *et al.***,** )<br> )<br>Defendants. )<br>_____ ) | Civil Action No. 07-0395(RJL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather and remove the appearance of Sherease Pratt, Special Assistant United States Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

  /s Robin M. Meriweather
ROBIN M. MERIWEATHER, DC Bar # 490114
Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
202-514-7198/ FAX 202-514-8780
Robin.Meriweather2@usdoj.gov