UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TAO LUO,** *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No: 07-0395 |
| | ) | |
| **ALBERTO GONZALES,** *et al.,* | ) | Judge: Richard J. Leon |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR EXTENSION OF TIME IN WHICH
TO FILE A NOTICE OF APPEAL**

Pursuant to Rule 4.a (5) of Federal Rules of Appellate Procedure, Plaintiffs, through counsel, respectfully move for an extension in which to file a notice of appeal, and in support thereof state as follows:

1. The order in this matter was entered on November 14, 2007, making Plaintiffs' notice of appeal due January 14, 2008.

2. Plaintiffs have been on an international academic trip for the past two months and just returned to the United States several days ago. Due to the scheduling logistics of Plaintiffs and undersigned counsel, Plaintiffs need and respectfully request a short extension in which to file a notice of appeal.

3. Plaintiffs request a two-week extension, making their notice of appeal due on January 28, 2008.

WHEREFORE, Plaintiffs respectfully request a two-week extension until January 28, 2008 in which to file their notice of appeal.

Respectfully submitted on this 14th of January, 2008.

/s/ Charles H. Kuck

Charles H. Kuck, Esq.
DC Bar #: 43284

KUCK CASABLANCA LLC
8010 Roswell Road, Suite 300
Atlanta, GA 30350
Phone: (404) 816-8611
Fax: (404) 816-8615
Email: ckuck@immigration.net

OF COUNSEL:

/s/ Philip M. Dearborn

Philip M. Dearborn, Esq.
DC Bar #: 414033

PILIEROMAZZA PLLC
888 17th St., N.W., Suite 1100
Washington, D.C. 2006
Phone: (202) 857-1000
Fax: (202) 857-0200
Email: pdearborn@pilieromazza.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing Plaintiffs' Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

>Sherease Louis
>Special Assistant United States Attorney
>United States Attorney's Office
>555 4th Street, N.W.
>Washington, D.C. 20530

>/s/ Charles H. Kuck

>Charles H. Kuck, Esq.
>DC Bar #: 43284

>KUCK CASABLANCA LLC
>8010 Roswell Road, Suite 300
>Atlanta, GA 30350
>Phone: (404) 816-8611
>Fax: (404) 816-8615
>Email: ckuck@immigration.net

OF COUNSEL:

/s/ Philip M. Dearborn

Philip M. Dearborn, Esq.
DC Bar #: 414033

PILIEROMAZZA PLLC
888 17th St., N.W., Suite 1100
Washington, D.C. 2006
Phone: (202) 857-1000
Fax: (202) 857-0200
Email: pdearborn@pilieromazza.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAO LUO,** *et al.*,  )<br>  )<br>   Plaintiffs,  )<br>      v.  )<br>  )<br>**ALBERTO GONZALES,** *et al.*,  )<br>  )<br>   Defendants.  )<br>_____) | Civil Action No: 07-0395<br><br>Judge: Richard J. Leon |

**PROPOSED ORDER**

THIS MATTER came on upon Plaintiffs' Motion for an extension of time in which to file a notice of appeal.

AND IT APPEARING that the motion should be granted for the reasons stated therein; it is hereby

ORDERED that Plaintiffs shall file their notice of appeal on or before January 28, 2008.

Dated: _____            _____
                                                          The Honorable Richard J. Leon
                                                          United Stated District Judge

1